RECEIVED
AUG 1 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATSY ANN HAMM, ET AL. | MISC. CASE NO. 6:17-mc-144 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Patsy Ann Hamm, as Heir and Derivative Claimant; and Deborah J. Baker, Timmy P. Hamm and Gerry D. Hamm as Derivative Claimants of the Estate of Jack Hamm is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 16th day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE